# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## NOTICE OF DOCKETING - Short Form

July 9, 2026

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 26-2440
>
> Caption:
> UNITED STATES OF AMERICA,
>     Plaintiff - Appellee
>
> v.
>
> HANNAH C. DUGAN,
>     Defendant - Appellant
>
> ---
>
> District Court No: 2:25-cr-00089-LA-1
> District Judge Lynn Adelman
> Clerk/Agency Rep Linda M. Klemm
>
> Date NOA filed in District Court: 07/09/2026

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)