**No. 26-2440**

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

———————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

HANNAH C. DUGAN,

*Defendant-Appellant.*

———————————

On Appeal from the United States District Court for the
Eastern District of Wisconsin,
No. 25-cv-00089

———————————

## DEFENDANT-APPELLANT JUDGE HANNAH C. DUGAN'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME

———————————

STEVEN M. BISKUPIC
STEVEN BISKUPIC LAW
  OFFICE, LLC
P.O. Box 456
Thiensville, Wisconsin 53092
bisklaw@outlook.com
(414) 828-7233

PAUL D. CLEMENT
 *Counsel of Record*
MITCHELL K. PALLAKI
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Defendant-Appellant*

August 3, 2026

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, counsel for Defendant-Appellant Judge Hannah C. Dugan respectfully requests an extension of time of 21 days, to and including September 8, 2026, for the filing of her opening brief in this appeal.  Absent an extension, Judge Dugan's opening brief is due on August 18, 2026.  In support of this request, which is unopposed, Judge Dugan submits the attached affidavit of counsel.

Respectfully submitted,

STEVEN M. BISKUPIC
STEVEN BISKUPIC LAW
  OFFICE, LLC
P.O. Box 456
Thiensville, Wisconsin 53092
bisklaw@outlook.com
(414) 828-7233

s/Paul D. Clement
PAUL D. CLEMENT
 *Counsel of Record*
MITCHELL K. PALLAKI
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Defendant-Appellant Judge Hannah C. Dugan*

August 3, 2026

## DECLARATION OF PAUL D. CLEMENT IN SUPPORT OF DEFENDANT-APPELLANT JUDGE HANNAH C. DUGAN'S UNOPPOSED MOTION FOR AN EXTENTION OF TIME

I, Paul D. Clement, hereby declare:

1.     I am a partner at the law firm Clement & Murphy, PLLC, and lead appellate counsel for Defendant-Appellant Judge Hannah C. Dugan.  I submit this declaration in support of Judge Dugan's motion for a 21-day extension of time, to and including September 8, 2026, for the filing of her opening brief.  Absent an extension, Judge Dugan's opening brief is due on August 18, 2026.

2.     This is Judge Dugan's first request for an extension.  Judge Dugan is not in custody.

3.     The requested extension is warranted for multiple reasons.  In the proceedings below, a jury convicted Judge Dugan of one count under 18 U.S.C. §1505.  After trial, the parties subsequently engaged in substantial post-trial briefing, which implicated novel legal issues regarding the Tenth Amendment, the scope of common law judicial immunity, and the common-law privilege against civil arrest, among other substantial, complex legal issues.  The post-trial motions also included an additional round of briefing and oral argument regarding the effect of an intervening decision of the United States Court of Appeals for the Fourth Circuit, which had construed §1505 in a materially analogous factual context.  Neither I nor any other Clement & Murphy attorney were counsel of record or present for the trial

2

proceedings below.  Accordingly, we require additional time to familiarize ourselves with the relevant facts and law.

4.      I also have substantial professional obligations between now and the current due date for Judge Dugan's opening brief, including:

- An opening brief in *Collision Communications, Inc. v. Samsung Electronics Co.*, in the U.S. Court of Appeals for the Federal Circuit, No. 26-1893 (due August 3, 2026);

- An opening brief in *X Corp. v. World Federation of Advertisers*, in the U.S. Court of Appeals for the Fifth Circuit, No. 26-10394 (due August 5, 2026);

- Oral argument in *Plaquemines Parish v. Chevron USA Holdings, Inc.*, in the U.S. Court of Appeals for the Fifth Circuit, No. 23-30336 (scheduled for August 5, 2026);

- Preparation of a response brief in *Exxon Mobil Corp. v. Bonta*, in the U.S. Court of Appeals for the Fifth Circuit, No. 26-40106 (due August 20, 2026);

- Preparation of a petition for a writ of certiorari in *Herridge v. Chen*, in the Supreme Court of the United States, No. 25A1448 (due August 20, 2026); and

3

- Preparation of a petition for a writ of certiorari in *Philip Morris USA Inc. v. Fontaine*, in the Supreme Court of the United States, No. 25A1451 (due August 20, 2026).

5. Counsel for Judge Dugan has consulted with counsel for the government about the requested extension, who has advised that the government does not oppose the request.

6. For the foregoing reasons, Judge Dugan respectfully requests that the Court grant a 21-day extension, to and including September 8, 2026, in which to file her opening brief in this appeal.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct to the best of my knowledge.


Executed: August 3, 2026

s/Paul D. Clement
Paul D. Clement

## CERTIFICATE OF COMPLIANCE
## WITH TYPE-VOLUME LIMITATION

I hereby certify that:

1.      This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, according to the "word count" function of Microsoft Word 2016, the motion contains 603 words, excluding the parts of the motion exempted from the word count by Fed. R. App. P. 32(f).

2.      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

August 3, 2026

<u>s/Paul D. Clement</u>
Paul D. Clement

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Paul D. Clement
Paul D. Clement