UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v. Case No. 26-2440

HANNAH C. DUGAN
Defendant-Appellant.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

THE HONORABLE LYNN S. ADELMAN
UNITED STATES DISTRICT JUDGE, PRESIDING
Case No. 25-CR-00089

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE GOVERNMENT'S RESPONSE BRIEF**

---

The United States of America, by and through its attorney Jonathan H. Koenig, Assistant United States Attorney, hereby respectfully moves this Court, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 26 of the Seventh Circuit Rules, for an extension of time until October 29, 2026, in which to file the Government's brief.

As grounds for this motion, the declaration of Jonathan H. Koenig is attached.

The brief of the United States is currently due on October 8, 2026.

Dated at Milwaukee, Wisconsin this 16th day of September, 2026.

Respectfully submitted,

By:

*s/JONATHAN H. KOENIG*
Assistant United States Attorney

530 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-1700

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v. Case No. 26-2440

HANNAH C. DUGAN,
Defendant-Appellant.

---

**DECLARATION OF JONATHAN H. KOENIG IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S BRIEF**

---

I, Jonathan H. Koenig, declare the following to be true and correct under penalty of perjury:

1. I am an Assistant United States Attorney and Chief of the Appellate Division of the United States Attorney's Office for the Eastern District of Wisconsin. I am currently assigned to this appeal. While I assisted with briefing in the trial court, I was not trial counsel for the government.

2. The Government's brief is currently due on October 8, 2026

3. Defendant-appellant Hannah C. Dugan was sentenced on July 8, 2026, and ordered to pay a $5,000.00 fine. Her sentence does not have a custodial component.

4. This is the first extension requested by the Government. The request is prompted by the nature of the appeal rather than the particular demands of the undersigned's schedule. Defendant-Appellant presents several grounds for appeal in an opening brief that runs to 13,997 words. As reflected by the length of the opening brief, the issues are relatively complex. The undersigned believes that an additional three weeks are necessary for adequate record review, legal research, and drafting of the government's response brief, including consultation with trial counsel and peer review.

5. Defendant-Appellant does not object to the proposed extension.

6. For all the foregoing reasons, I respectfully request that the briefing deadline for the Government be extended to October 29, 2026.

s/JONATHAN H. KOENIG
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

s/JONATHAN H. KOENIG
Assistant United States Attorney

530 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI  53202
(414) 297-1700